```
1  McGREGOR W. SCOTT
   United States Attorney
2  SHERRILL A. CARVALHO
   Assistant U.S. Attorney
3  Suite 4401, Federal Courthouse
   2500 Tulare Street
4  Fresno, CA   93721
   Telephone: (559) 497-4000
5
6
7
8              UNITED STATES DISTRICT COURT
9              EASTERN DISTRICT OF CALIFORNIA
10
11 UNITED STATES OF AMERICA,    ) Cr. F. 96-5180 OWW & 99-5342 OWW
                                )
12              Plaintiff,      ) STIPULATION AND [PROPOSED] ORDER
                                ) THEREON FOR HEARING TO CORRECT
13         v.                   ) SENTENCE
                                )
14 TROY DOUGLAS BRIMM,          )
                                )
15              Defendant.      )
   _____)
16
17      IT IS HEREBY STIPULATED by and between McGregor W. Scott,
18 United States Attorney and Sherrill A. Carvalho, Assistant U.S.
19 Attorney and James Homola, attorney for defendant, Troy Douglas
20 Brimm, that the matter of be calendared on July 17, 2006 at 1:30
21 p.m. to correct the sentence pursuant to Judgment filed on July
22 6, 2006.  The parties agree that July 17, 2006 is within 7 days
23 of sentencing, in order to correct a sentence, pursuant to Rule
24 35(a) of the Federal Rules of Criminal Procedure.  The parties
25 further agree that imposition of 31 months of supervised release
26 should be applied to case 1:99CR5342 rather than to 1:96CR5180.
27 In addition, the parties agree that the parties are free to
28 ///
```

request specific corrections regarding certain special conditions of supervision.

Dated: July 11, 2006                    Respectfully submitted,

                                                McGREGOR W. SCOTT
United States Attorney

By:  /s/ Sherrill A. Carvalho
SHERRILL A. CARVALHO
Assistant U.S. Attorney

Dated: July 11, 2006                      /s/ James Homola
JAMES HOMOLA
Attorney for Defendant

1  McGREGOR W. SCOTT
   United States Attorney
2  SHERRILL A. CARVALHO
   Assistant U.S. Attorney
3  Suite 4401, Federal Courthouse
   2500 Tulare Street
4  Fresno, CA   93721
   Telephone: (559) 497-4000
5

6

7

8                    UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,     ) Cr. F. 96-5180 OWW & 99-5342 OWW
                                 )
12              Plaintiff,       ) ORDER REGARDING PARTIES'
                                 ) STIPULATION AND REQUEST
13                               ) FOR HEARING TO CORRECT SENTENCE
           v.                    )
14                               )
   TROY DOUGLAS BRIMM,           )
15                               )
                Defendant.       )
16 _____)

17
        On July 11, 2006, the parties lodged a stipulation to
18
   calendar a hearing on July 17, 2006 at 1:30 p.m. to corrrect
19
   sentence.  Upon due consideration of the written stipulation of
20
   the parties and the record herein, the Court issues the following
21
   order:
22
        The parties' stipulation and request to calendar a hearing
23
   to correct sentence on July 17, 2006 at 1:30 p.m. is granted.
24

25 IT IS SO ORDERED.

26 **Dated:   July 15, 2006**              /s/ Oliver W. Wanger
   emm0d6                          UNITED STATES DISTRICT JUDGE
27

28