```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  SHERRILL A. CARVALHO
    Assistant U.S. Attorney
 3  Suite 4401, Federal Courthouse
    2500 Tulare Street
 4  Fresno, California  93721
    Telephone:  (559) 497-4000
 5
 6
 7              IN THE UNITED STATES DISTRICT COURT FOR THE
 8                    EASTERN DISTRICT OF CALIFORNIA
 9  UNITED STATES OF AMERICA,       ) CR.F. 96-5180 OWW
                                    ) CR.F. 99-5342 OWW
10                                  )
              Plaintiff,            ) ORDER REGARDING DISCOVERY
11                                  ) AND RECIPROCAL DISCOVERY
         v.                         )
12                                  )
    TROY DOUGLAS BRIMM,             ) DATE: July 31, 2007
13                                  ) TIME: 9:00 a.m.
              Defendant.            ) PLACE: COURTROOM THREE
14                                  ) HON. OLIVER W. WANGER
    _____)
15
```

On June 18, 2007, the Court held a status conference on the two petitions for supervised release violations pertaining to the defendant. Appearing for the government was Assistant U.S. Attorney Sherrill A. Carvalho; appearing for defendant Troy Brimm was Daniel Harralsen. Upon due consideration of the written and oral arguments of the parties and the record herein, the Court issues the following order:

Discovery, including any forensic report, is ordered to be provided by the government to the defense by July 2, 2007; reciprocal discovery, including any defense forensic report, is ordered to be provided by the defense to the government by July 23, 2007. The hearing on the supervised release violations is

1  scheduled for July 31, 2007 at 9:00 a.m. in Courtroom Three.  The
2  parties are to notify the Court as soon as possible if they will
3  be requesting a change in the hearing date due to unavailability
4  of witnesses.

6       IT IS SO ORDERED.

7  **Dated:   June 20, 2007**                    /s/ Oliver W. Wanger
                                            UNITED STATES DISTRICT JUDGE

2