UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

MEMORANDUM



OCT 15 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
　　　　　DEPUTY CLERK

Honorable Oliver W. Wanger
Senior United States District Judge
Fresno, California

RE:   **Troy Douglas BRIMM**
　　　　**Docket Number: 1:96CR05180 and 1:99CR05342**
　　　　**CONTINUANCE OF JUDGMENT AND SENTENCE**

Your Honor:

Per agreement with both counsel, it is respectfully requested that the above-referenced cases be continued from November 19, 2007, at 1:30 p.m., to November 21, 2007, at 12:00 p.m. (Noon).

**REASON FOR CONTINUANCE:**

This officer will be out of the office from November 15, 2007, through November 26, 2007. By copy of this memorandum, the Court Clerk is being requested to make appropriate changes in the Court calendar.

　　　　　　　　　　　　Respectfully submitted,
　　　　　　　　　　　　/s/ Sandra K. Dash

　　　　　　　　　　　　**SANDRA K. DASH**
　　　　　　　　　　　　**United States Probation Officer**

**REVIEWED BY:**　　_/s/ Deborah A. Spencer_
　　　　　　　　　　**DEBORAH A. SPENCER**
　　　　　　　　　　**Supervising United States Probation Officer**

Dated:　　October 11, 2007
　　　　　　Modesto, California
　　　　　　SKD:lr

__X__ Approved　　　　_/s/ Oliver W. Wanger_　　　　10-11-07

　　　　　　　　　　　　**OLIVER W. WANGER**
　　　　　　　　　　　　**Senior United States District Judge**　　　　Date

____ Disapproved

RE:   **Troy Douglas BRIMM**
      **Docket Number:   1:99CR05342 and 1:96CR05180**
      **CONTINUANCE OF JUDGMENT AND SENTENCE**


cc:   Sherrill Carvalho
      Assistant United States Attorney

      Daniel L. Harralson
      Defense Counsel