**DANIEL L. HARRALSON, #109322**
THE DANIEL HARRALSON LAW FIRM
A Professional Corporation
P.O. Box 26688
Fresno, California 93729-6688
Telephone (559) 486-4560
Facsimile (559) 486-4320

Attorney for Defendant:   TROY DOUGLAS BRIMM

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br><br><br>TROY DOUGLAS BRIMM,<br><br>    Defendant. | Case No. CR-96-5180 OWW<br><br>**ORDER TO CONTINUE HEARING<br>ON PROBATION VIOLATION**<br><br>(Note:  Time Change to 12:00 PM) |

**GOOD CAUSE APPEARING THEREFORE**;

**IT IS HEREBY ORDERED THAT** the hearing on the Violation of Probation be continued from November 21, 2007 to November 20, 2007 at 12:00 pm.


Dated: November 7, 2007              /s/ OLIVER W.  WANGER

ORDER
Page 1

PDF created with pdfFactory trial version www.pdffactory.com