Carolyn D. Phillips # 103045
Attorney at Law
P.O. Box 5622
Fresno, CA 93755-5622
(559) 248-9833

Attorney for defendant TROY DOUGLAS BRIMM

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,        )<br>                                                        )<br>                      Plaintiff,       )<br>                                                        )<br>v.                                                  )<br>                                                        )<br>TROY DOUGLAS BRIMM,        )<br>                                                        )<br>_____      Defendant._____) | No. 1:96CR05180-001 OWW<br>No.  1:99CR5342 OWW<br><br>ORDER<br>GRANTING DEFENDANT'S<br>REQUEST FOR CONTINUED<br>RELEASE PENDING APPEAL |

   Having considered defendant's moving papers to remain free of custody pending appeal, the government's opposition, and defendant's reply, points and authorities and the court's record, the court finds by clear and convincing evidence that under 18 U.S.C. 3143(b), Troy Brimm:

   (1) is not likely to flee or pose a danger to the safety of any other person in the community if he remains out of custody;

   (2)  that the appeal is not for the purpose of delay;

   (3)  that the appeal raises a substantial question of law or fact; and

*Proposed Order Granting Defendant's Request fro Continued Release Pending Appeal, U.S. v. Brimm, No. 1:96CR05180-001 OWW*

1

PDF created with pdfFactory trial version www.pdffactory.com

(4) that if that question is determined favorably to him on appeal, that decision is likely to result in reversal or an order for a new trial of all counts on which imprisonment has been imposed,

and, finding good cause therefore,

IT IS HEREBY ORDERED that the court's order of November 20, 2007 requiring Troy Brimm self-surrender to U.S. Marshal or designated facility by 2:00 p.m., January 10, 2008 is hereby rescinded.  Defendant Troy Brimm is to remain out of custody pending his appeal.

Dated: January 9, 2008          /s/ OLIVER W. WANGER
                                OLIVER W. WANGER
                                U.S. District Judge

*Proposed Order Granting Defendant's Request fro Continued Release Pending Appeal, U.S. v. Brimm, No. 1:96CR05180-001 OWW*

2

PDF created with pdfFactory trial version www.pdffactory.com