```
LAWRENCE G. BROWN
Acting United States Attorney
BRIAN W. ENOS
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff United States of America
```

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,        ) | Case Nos. 1:96-cr-05180 and |
|                                  ) | 1:99-cr-05342 OWW |
|             Plaintiff,           ) | |
|                                  ) | **STIPULATION AND ORDER RE** |
|     v.                           ) | **CONTINUED HEARING DATE** |
|                                  ) | |
| TROY DOUGLAS BRIMM,              ) | |
|                                  ) | |
|             Defendant.           ) | |

Plaintiff United States and defendant Troy Douglas Brimm stipulate, by and through the undersigned counsel, to continuing this action's post-appeal sentencing modification hearing and respectfully request that the Court so approve by way of formal order.

The parties seek to extend this action's aforementioned hearing and attendant briefing deadlines approximately four weeks, and as specifically set forth below. Good cause exists in support of this stipulation, and is based on grounds including the following:

At the conclusion of the parties' May 26, 2009 hearing addressing defendant's sentencing modification request post-

1

1  appeal, the court continued the hearing to August 31, 2009 to
2  enable the parties to analyze a November 20, 2007 sentencing
3  hearing transcript and other file materials so they could
4  determine the extent each or both of them would endorse a motion
5  by the Bureau of Prisons requesting a sentencing modification
6  pursuant to 18 U.S.C. § 3582.
7      The parties stipulate that this hearing and its attendant
8  briefing be continued approximately four weeks, and as specified
9  below.  The basis for this request is the government's need to
10 analyze matters with USPO Sandra Dash, its inability to make
11 contact with her until July 27, 2009, and defense counsel's need
12 to be out of the country for much of August.
13     Based on the above, the parties request the above August 31,
14 2009 hearing and prior briefing to be continued as follows:
15     1.   **Defendant's brief** – filing deadline continued from
16 Monday, August 3, 2009 to Monday, August 31, 2009;
17     2.   **USA's brief** – filing deadline continued from Monday,
18 August 10, 2009 to Tuesday, September 8, 2009;
19     3.   **Hearing** – continued from Monday, August 31, 2009 to
20 Monday, September 28, 2009.
21 ///
22 Dated: July 28, 2009          July 28, 2009
23                   Respectfully submitted,
24
25 Law Offices of                McGREGOR W. SCOTT
   Carolyn D. Phillips           United States Attorney
26
   (As auth. 7/28/09)
27
     /s/ Carolyn D. Phillips       /s/ Brian W. Enos
28 CAROLYN D. PHILLIPS           BRIAN W. ENOS
   Attorneys for defendant       Attorneys for plaintiff
   Troy Douglas Brimm            United States of America

                                  2

IT IS SO ORDERED.

**Dated:   July 29, 2009**              **/s/ Oliver W. Wanger**
                                        UNITED STATES DISTRICT JUDGE