**KATHLEEN C. PAGE (233040)**
**PAGE & PAGE ATTORNEYS AT LAW**
Post Office Box 2837
San Francisco, California 94126-2837
Phone (415) 986-4558
Fax (415) 986-4566

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

\* \* \* \* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiffs - Appellee,<br><br>v.<br><br>TROY DOUGLAS BRIMM,<br><br>Defendant - Appellant. | U.S.D.C., E.D. CA<br>Case Nos.: 1:96-cr-05180-OWW<br>1:99-cr-05342-OWW<br><br>U.S.C.A., 9th Cir<br>Case No.: 09-10460<br>09-10461<br><br>ORDER GRANTING DEFENDANT'S MOTION TO REMAIN RELEASED PENDING APPEAL |

Having considered defendant's moving papers to remain free of custody pending appeal, the government's opposition, and defendant's reply, points and authorities and the court's record, the court finds by clear and convincing evidence that under 18 U.S.C. § 3143(b), Troy Brimm:

(1) is not likely to flee or pose a danger to the safety of any other person in the community if he remains out of custody;

(2) that the appeal is not for the purpose of delay;

(3) that the appeal raises a substantial question of law or fact; and

(4) that if that question is determined favorably to him on appeal, that decision is likely to result in a reduced sentence to a term of imprisonment less than the total of the time already served plus the

1       expected duration of the appeal process.

2     Therefore, finding good cause:

3     IT IS HEREBY ORDERED that the court's order of September 28, 2009,

4 entered onto the docket on November 10, 2009, requiring Troy Brimm

5 self-surrender to the United States Marshal or designated facility by 2:00 p.m.,

6 January 15, 2010, is hereby rescinded and Troy Brimm is to remain out of custody

7 pending his appeal.

9 Dated: December 15, 2009         /s/ OLIVER W. WANGER

10                                     Senior United States District Court Judge